Joel E. Tasca, Esq.
Nevada Bar No. 14124
Andrew S. Clark, Esq.
Nevada Bar No. 14854
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Tel: (702) 471-7000
Fax: (702) 471-7070
tasca@ballardspahr.com
clarkas@ballardspahr.com

*Attorneys for Defendant First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-FFC, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, N.A., as Trustee, successor by merger to LaSalle Bank National Association, as Trustee*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AFSHIN GHIASSI and ELENA SHAMPANER GHIASSI, Trustees of THE GHIASSI FAMILY REVOCABLE LIVING TRUST DATED NOVEMBER 3, 2016,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION, BANK OF AMERICA, N.A., successor trustee to BANK OF AMERICA, N.A., as successor to LASALLE BANK, N.A., as trustee for the MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-2; and U.S. BANK NATIONAL ASSOCIATION, successor trustee to BANK OF AMERICA, N.A. as successor to LASALLE BANK, N.A., as trustee for the FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-FFC; and DOES I through X inclusive; and ROE Corporations I through X,<br><br>Defendants. | CASE NO.: 2:22-cv-01736-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-FFC, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, N.A., AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Plaintiff Afshin Ghiassi and Elena Shampaner Ghiassi, Trustees of the Ghiassi Family Revocable Living Trust Dated November 3, 2016 ("Plaintiff") and Defendant First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-FFC, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, N.A., as Trustee, successor by merger to LaSalle Bank National Association, as Trustee ("First Franklin")[1] stipulate and agree that First Franklin has up to and including November 21, 2022, to respond to Plaintiff's Complaint (ECF No. 1), to provide First Franklin additional time to investigate Plaintiff's allegations and for First Franklin to prepare a response. The current deadline to file a response is October 24, 2022. Therefore, pursuant to LR IA 6-1, this stipulation is timely.

This is the first request for an extension, and it is made in good faith and not for purposes of delay.

Dated: October 24, 2022

| BALLARD SPAHR LLP | MUSHKIN & COPPEDGE |
|---|---|
| By: /s/ Andrew S. Clark<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Andrew S. Clark<br>Nevada Bar No. 14854<br>1980 Festival Plaza Drive<br>Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant*<br>*First Franklin Mortgage Loan Trust*<br>*Series 2007-FFC* | By: /s/ Michael R. Mushkin<br>Michael R. Mushkin, Esq.<br>Nevada Bar No. 2421<br>L. Joe Coppedge<br>Nevada Bar No. 4954<br>6070 S. Eastern Avenue, Suite 270<br>Las Vegas, Nevada 89119<br><br>*Attorneys for Plaintiff* |

**ORDER**

**IT IS SO ORDERED**

**DATED:** 7:07 pm, October 25, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] By filing this Stipulation, First Franklin is not waiving any defense, affirmative or otherwise, it may have in this matter, including, but not limited to, lack of personal jurisdiction.

2