MICHAEL R. MUSHKIN
Nevada State Bar No. 2421
L. JOE COPPEDGE
Nevada State Bar No. 4954
**MUSHKIN & COPPEDGE**
6070 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89119
Telephone: (702) 386-3999
Fax: (702) 454-3333
michael@mccnvlaw.com
jcoppedge@mccnvlaw.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AFSHIN GHIASSI and ELENA SHAMPANER GHIASSI, Trustees of THE GHIASSI FAMILY REVOCABLE LIVING TRUST DATED NOVEMBER 3, 2016;<br><br>Plaintiff,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, BANK OF AMERICA, N.A. successor trustee to BANK OF AMERICA, N.A., as successor to LASALLE BANK, N.A., as trustee for the MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-2; and U.S. BANK NATIONAL ASSOCIATION, successor trustee to BANK OF AMERICA, N.A., as successor to LASALLE BANK, N.A., as trustee for the FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-FFC; and DOE I through X and ROE Corporations I through X;<br><br>Defendants. | Case No.: 2:22-cv-01736-RFB-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED between the parties that the above-captioned matter be dismissed without prejudice, each party to bear their own costs and attorney's fees.

An order regarding trial in this matter has not yet been issued.

DATED this 15th day of November, 2022.

MUSHKIN & COPPEDGE

By: /s/ Michael R. Mushkin
   MICHAEL R. MUSHKIN, ESQ.
   Nevada Bar No. 2421
   L. JOE COPPEDGE, ESQ.
   Nevada Bar No. 4954
   6070 S. Eastern Avenue, Ste. 270
   Las Vegas, Nevada 89119
   *Attorneys for Plaintiff*

BALLARD SPAHR LLP

By: /s/ Andrew S. Clark
   JOEL E. TASCA, ESQ.
   Nevada Bar No. 14124
   ANDREW S. CLARK, ESQ.
   Nevada Bar No. 14854
   1980 Festival Plaza Drive, Ste. 900
   Las Vegas, Nevada 89135
   *Attorneys for Defendant First Franklin Mortgage Loan Trust Series 2007-FFC*

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: /s/ Vanessa M. Turley
   VANESSA M. TURLEY, ESQ.
   Nevada Bar No. 14635
   8985 S. Eastern Avenue, Ste. 200
   Las Vegas, Nevada 89123
   *Attorneys for Defendant Merrill Lynch First Franklin Mortgage Loan Asset-Backed Certificates, Series 2007-2*

**ORDER**

IT IS SO ORDERED:

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 16th day of November, 2022.